# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff-Appellee, )<br>  )<br>v.  )<br>  )<br>KENDRAY RASHEED JORDAN, )<br>  )<br>  Defendant-Appellant. ) | No. 23-6027 |

## UNOPPOSED MOTION TO ABATE

Appellant Kendray Jordan, through counsel and unopposed by the government, respectfully requests that this Court abate his appeal pending the resolution of *United States v. Rahimi*, No. 22-9915, in the United States Supreme Court. Oral argument in that case is reportedly "tentatively" set for December 2023. In support, counsel states:

1. This is an appeal from a judgment of conviction of 18 U.S.C. § 922(g)(8) for possessing a firearm in violation of a protective order.

2. The sole issue on appeal is whether 18 U.S.C. § 922(g)(8) is facially constitutional under the Second Amendment applying the Supreme Court's announced test for such cases in *New York State Rifle & Pistol Ass'n Inc. v. Bruen*, 142 S.Ct. 2111, 2127 (2022).

3. The Fifth Circuit recently held 18 U.S.C. § 922(g)(8) to be facially unconstitutional in *United States v. Rahimi*, 61 F.4th 443, 460 (5th Cir. 2023). The

Supreme Court granted certiorari in that matter on June 30, 2022. *See* 2023 WL 4278450 (U.S. June 30, 2023) (No. 22-915).

4. The decision in *Rahimi* will resolve the issue of the constitutionality of § 922(g)(8) under the Second Amendment – and this is the sole issue to appeal in Mr. Jordan's case.

5. It is therefore appropriate to abate this appeal, in which no brief has yet been filed, pending the Supreme Court's decision in *Rahimi*.

6. The government has no objection to the requested relief and agrees that this appeal should be abated.

For these reasons, Mr. Jordan respectfully requests that this Court abate this appeal pending the Supreme Court's decision.

Respectfully submitted,

*s/ Laura K. Deskin*
Laura K. Deskin, OBA Number: 30371
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102
405-609-5944
laura_deskin@fd.org
Counsel for Defendant/Appellant

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2023, a true copy of the foregoing pleasing was served on Dan Gridley and Steven Creager, Assistant United States Attorneys via the Court's ECF System.

                                          *s/ Laura K. Deskin*
                                          Laura K. Deskin